10-CV-00612-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK EUGENE WOOD,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO.   C10-612-JLR<br>                    (CR09-094-JLR)<br><br>ORDER DENYING MOTION<br>UNDER 28 U.S.C. § 2255 |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the briefs of the parties, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(3)   In accordance with Rule 11(a) of the Rules Governing Section 2255 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to each of the claims asserted by petitioner in his § 2255 motion.

//
//
//

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 1

1  (4)   The Clerk is directed to send copies of this Order to petitioner, to the United States

2  Attorney, and to Judge Donohue.

3  DATED this 21ˢᵗ day of ___August___, 2010.

JAMES L. ROBART
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255 - 2